J. M. GILLE, *Appellee*, v. D. R. EMMONS, as Administrator, etc., *Appellant*.

Appeal from Wyandotte district court, division No. 2; FRANK D. HUTCHINGS, judge. Opinion denying a rehearing filed March 19, 1914. (For original opinion see *ante,* p. 462, 138 Pac. 608.)

*James H. Austin,* of Kansas City, Mo., and *George W. Littick,* of Kansas City, for the appellant.

*H. L. Alden,* and *Junius W. Jenkins,* both of Kansas City, for the appellee.

*Per Curiam:* The only question presented by the motion for rehearing is the question of *res judicata.* The paragraph relating to this subject in the original opinion (*Gille v. Emmons,* ante, p. 462, 464, 138 Pac. 608) is withdrawn. The trial court made no ruling upon the question of *res judicata,* and the question remains open for the determination of any court of competent jurisdiction which may try the case.

The motion for rehearing is denied.